1   **HARRY M. DRANDELL #109293**
2   **LAW OFFICES OF HARRY M. DRANDELL**
    1221 VAN NESS AVENUE, SUITE 450
3   FRESNO, CA 93721
    PHONE (559) 442-8888
    FAX (559) 442-8891
4

5   ATTORNEYS FOR   Defendant, Ada Hernandez Elm

6

7                   **UNITED STATES DISTRICT COURT**

8                   **EASTERN DISTRICT OF CALIFORNIA**

9                           * * * * * * * *

10  UNITED STATES OF AMERICA,          )    **CASE NO.: 1:05 CR-00179**
                                       )
11        Plaintiff,                   )    **ORDER FOR TRANSPORTATION**
                                       )    **FOR DENTAL TREATMENT**
12  v.                                 )
                                       )
13  ADA HERNANDEZ ELM,                 )
                                       )
14        Defendant.                   )
    _____)
15

16        **GOOD CAUSE APPEARING** from the attached letters from the United States

17  Marshal's Service, counsel for Ada Hernandez Elm, Harry M. Drandell, and the Department of

18  Community Health;

19        **IT IS HEREBY ORDERED THAT:** Ada Hernandez Elm, Date of Birth: 08/15/66,

20  booking number 0515540, be transported by Fresno County Sheriff's Department to SmileCare

21  Dental Group (aka, Valley Dental) located at 2000 Fresno Street, Suite 300, Fresno, California,

22  93721, at a date and time to be arranged by the Fresno County Sheriff's Department, for purposes

23  of a privately paid dental procedure (i.e., root canal) as authorized by the United States Marshall

24  Service in the attached Memorandum dated August 2, 2006.  Said defendant is to be immediately

25  returned to Fresno County Jail after said appointment.

26  IT IS SO ORDERED.

27  **Dated:   August 24, 2006**          _____
    0m8i78                               /s/ Anthony W. Ishii
28                                       UNITED STATES DISTRICT JUDGE