1  **HARRY M. DRANDELL #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
2  1221 VAN NESS AVENUE, SUITE 450
FRESNO, CA 93721
3  PHONE (559) 442-8888
FAX (559) 442-8891
4

5  ATTORNEYS FOR   Defendant, Ada Hernandez Elm

6

7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10  * * * * * * * *

11  UNITED STATES OF AMERICA,           )   **CASE NO.: 1:05 CR-00179 LJO**
                                       )
12     Plaintiff,                      )   **STIPULATION AND ORDER**
                                       )   **TO ACCELERATE STATUS**
13  vs.                                )   **CONFERENCE**
                                       )
14  ADA HERNANDEZ ELM,                 )   Date: September 14, 2007
                                       )   Time: 9:00 a.m.
15     Defendant.                      )   HON. LAWRENCE J. O'NEILL
   _____     )   Dept: 4
16

17        Counsel in the above-captioned matter hereby request that the Court set the matter

18  on calendar for September 7, 2007, for further proceedings.

19        IT IS HEREBY STIPULATED by and between defendant, Ada Hernandez Elm, and

20  the United States of America, through the undersigned counsel, that the date for the Status

21  Conference be accelerated from September 14, 2007, to September 7, 2007, for further proceedings.

22  DATED: August 30, 2007

23      /s/ Harry M. Drandell
        HARRY M. DRANDELL,
24      Attorney for Defendant,
        ADA HERNANDEZ ELM
25

26  DATED: August 30, 2007

27      /s/ Kathleen A. Servatius
        KATHLEEN A. SERVATIUS
28      Attorney for Plaintiff, United States of America

1 | IT IS SO ORDERED that the status conference in the above-captioned matter be
2 | accelerated from September 14, 2007, to September 7, 2007.

IT IS SO ORDERED.

**Dated:   August 30, 2007**               /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE