**HARRY M. DRANDELL #109293**
**NUTTALL COLEMAN & DRANDELL**
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 441-0441

FAX (559) 485-3852

ATTORNEYS FOR Defendant, Ada Elm

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO: 1:05-CR-00179 LJO |
| ) | |
| Plaintiff, ) | **STIPULATION TO UNSEAL DOCUMENT 79; ORDER** |
| ) | |
| v. ) | |
| ) | |
| ADA ELM, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that Document 79, filed under seal on August 16, 2007, can be unsealed for the limited purpose of allowing defendant to obtain a certified copy of this document.

For the reason for this request for unsealing is that the defendant is seeking employment as an insurance agent, and must provide a certified copy of this document to the Department of Insurance.

Dated: June \_\_\_\_, 2017                                             United States Attorney


                                                                       By:     /s/ Kathleen A. Servatius
                                                                                KATHLEEN A. SERVATIUS
                                                                                Assistant United States Attorney,
                                                                                Attorney for Plaintiff

///

///

Dated: June ____, 2017

HARRY M. DRANDELL
NUTTALL COLEMAN & DRANDELL

By: /s/ Harry M. Drandell
HARRY M. DRANDELL
Attorney for Defendant,
ADA ELM

**O R D E R**

IT IS SO ORDERED.

Dated: **June 28, 2017**     /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE